02D03-2309-CT-000652
Allen Superior Court 3

Filed: 9/26/2023 2:10 PM
Clerk
Allen County, Indiana
JS

| | | |
|---|---|---|
| STATE OF INDIANA ) | | IN THE ALLEN SUPERIOR COURT |
| ) SS: | | |
| COUNTY OF ALLEN ) | | CAUSE NO._____ |

BRENDAN STEED, )
)
    Plaintiff, )
)
v. )
)
G & L CORPORATION, )
)
    Defendant. )

## COMPLAINT

Plaintiff, by counsel, alleges against Defendant that:

1. The Plaintiff is Brendan Steed who filed a Charge of Discrimination with the EEOC, Number 470-2023-02313, on or about March 6, 2023, a copy of which is attached hereto, made a part hereof, and incorporated herein as Exhibit "A".

2. Plaintiff received a Determination and Notice of Right to Sue from the EEOC on June 29, 2023 (attached as Exhibit "B"), and this Complaint has been filed within ninety (90) days after receipt thereof.

3. The Defendant is G & L Corporation, a corporation authorized to do business in the State of Indiana, and does so at 3101 Brooklyn Avenue, Fort Wayne, Indiana 46809. Defendant's Registered Agent is Cindy Villagomez, 203 W. Wayne Street, Suite 300, Fort Wayne, Indiana 46802.

4. Defendant is an "employer" for purposes of the Americans with Disabilities Act of 1990 ("ADA" and the "ADAAA" as amended).

5. Plaintiff alleges that Defendant discriminated against him and retaliated against him on account of his disabilities/perceived disabilities/record of impairment in violation of

the ADA as set forth in his Charge of Discrimination (Exhibit "A").

6. On or about February 15, 2022, Plaintiff suffered a work-related injury while working for Defendant. Plaintiff injured his lower leg, which resulted in a substantial impairment in his ability to stand, walk, and ambulate. Plaintiff received work restrictions from his doctor which required him to sit with only occasional standing and walking. Plaintiff's job as an iron worker was forcibly ended because of his work-related injury, but he engaged in the interactive process with Defendant and requested reasonable accommodations, including working as a truck escort and performing other light duty jobs that Defendant had available.

7. Defendant denied Plaintiff these accommodations by sending Plaintiff home early and/or telling him not to come into work at all. During this time, Plaintiff had a pending Worker's Compensation insurance claim.

8. Plaintiff was eventually given a PPI rating of 30% for his work-related leg injury. In December of 2022, Defendant told Plaintiff that if he dropped his Worker's Compensation claim, then he would be given the "truck escort" position, but that if he didn't take that offer, then he would be fired. Plaintiff refused their offer and was terminated in early 2023.

9. Plaintiff alleges that his termination was in retaliation for suffering a work-related injury and exercising his right to Worker's Compensation benefits (and refusing to give up his claim in order to keep his job), in violation of the Indiana Worker's Compensation Act.

10. Plaintiff also alleges that Defendant discriminated against him and retaliated against

him for exercising his rights under the ADA and requesting reasonable accommodations for his leg injury.

11. As a direct and proximate result of Defendant's discriminatory and retaliatory conduct, Plaintiff suffered the loss of his job and job-related benefits including income. Plaintiff also suffered mental anguish, emotional distress, embarrassment, humiliation, and other similar damages for which he seeks compensatory damages.

12. Defendant's conduct was intentional, knowing, willful, wanton, and in reckless disregard of Plaintiff's federally protected rights under the ADA warranting an imposition of punitive damages.

WHEREFORE, Plaintiff prays for judgment against the Defendant, for compensatory damages, punitive damages, reasonable attorney's fees and costs, and for all other just and proper relief in the premises.

## JURY DEMAND

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

**MYERS SMITH WALLACE, LLP**

/s/Christopher C. Myers
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone:   (260) 424-0600
Facsimile:   (260) 424-0712
E-mail:      cmyers@myers-law.com
Counsel for Plaintiff

02D03-2309-CT-000652
Allen Superior Court 3

Filed: 9/26/2023 2:10 PM
Clerk
Allen County, Indiana

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA [✓] EEOC | # 470-2023-02313 |

**Equal Employment Opportunity Commission** and EEOC

_State or local Agency, if any_

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Brendan Steed | 615-294-3635 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 217 Country Forest Drive, Fort Wayne, Indiana 46818 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| G&L Corporation | 25+ | 260-747-0541 |

| Street Address | City, State and ZIP Code |
|---|---|
| 3101 Brooklyn Avenue, Fort Wayne, Indiana 46809 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [X] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: Feb 2022    Latest: Feb 2023
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. The Complainant is Brendan Steed who suffered from a serious health condition constituting a disability/perceived disability/record of impairment. Complainant contends that Respondent G&L Corporation discriminated against him and retaliated against him on the basis of his disability/perceived disability/record of impairment in violation of the Americans with Disabilities act of 1990, 42 U.S.C. § 12101 et seq. ("ADA").

II. The Respondent is G&L Corporation, an Indiana corporation doing business at 3101 Brooklyn Avenue, Fort Wayne, Indiana 46809. At all material times, Respondent was an "employer" for the purposes of the ADA.

Continued on Page 2

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | Susan C. Neff |
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| | SIGNATURE OF COMPLAINANT |
| 3/6/2023 _[signature]_ | |
| Date / Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) March 6, 2023 |
| | SUSAN C. NEFF<br>Adams County<br>My Commission Expires<br>February 10, 2024 |

Ex. A

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

III. Complainant was employed by the Respondent from about December 16, 2019 until his wrongful termination in early 2023. Complainant performed within the reasonable expectations of the Respondent at all material times. Complainant held the position of Union Iron Worker at the time of his termination.

IV. On or about February 15, 2022, Plaintiff suffered a work-related injury for which he was entitled to receive Worker's Compensation benefits. The injury resulted in substantial impairment to Complainant's major life activities of lifting, standing for long periods of time, sitting for long periods of time, and walking long distances.

V. Following the injury, Complainant requested a number of reasonable accommodations for his serious health condition, including light duty work, and later, transfer to a different open position that complied with his work restrictions.

VI. Initially following the injury, Complainant was provided light duty work. However, on numerous occasions, Respondent sent Complaint home early, or told him not to come in at all. Eventually, Complainant was given a PPI of around 30%, and it was determined that he would need to do mainly sit-down work.

VII. In December 2022, Respondent told Complainant that if he dropped his Worker's Compensation claim, they would give him an "Escort" position, but if he didn't take their offer, he was done with the company. Defendant also informed Complainant that they didn't have any open light duty positions, when in fact they did, such as the position of Trucker. Complainant could also do office work, which there was plenty of. Complainant was eventually terminated in early 2023.

VIII. Complainant contends that he was discriminated against and retaliated against on the basis of his disability/perceived disability/record of impairment in violation of the ADA. Respondent's conduct was the direct and proximate cause of Complainant suffering the loss of his job and job-related benefits including income, and also subjected Complainant to inconvenience, mental anguish, emotional distress, and other damages and injuries. Complainant is entitled to compensatory damages, punitive damages, and reasonable attorney's fees and costs.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

3/6/2023
*Date*   *Charging Party Signature*

NOTARY – *When necessary for State and Local Agency Requirements*

Susan C. Neff

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

March 6, 2023

SUSAN C. NEFF
Adams County
My Commission Expires
February 10, 2024

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Indianapolis District Office
101 West Ohio St, Suite 1900
Indianapolis, IN 46204
(463) 999-1240
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 06/29/2023

**To:** Brendan Steed
217 Country Forest
Fort Wayne, IN 46818

Charge No: 470-2023-02313

EEOC Representative and email:     ANDREA DAYHARSH
Enforcement Supervisor
andrea.dayharsh@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 470-2023-02313.

On behalf of the Commission,

Digitally Signed By:Michelle Eisele
06/29/2023
Michelle Eisele
District Director

Ex. B